Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Quinton Dolan Chism                                   *Case No.:* 19–80173
*Debtor(s)*                                                     *Chapter* 7

---

### *ORDER*

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

  1. Report of Sale filed by Trustee Gougis on 11/27/2019 as Document #34

***IT IS ORDERED THAT:***

    *MATTER*       *ACTION*

    1.           Allowed

*Other:*

Dated: 12/13/19

                                          /S/   Thomas L. Perkins
                                       United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.